MAE THOMAS v. WARD BAUM, T/A BAUM ASSOCIATES.

October 23, 1984.

Petition for certification granted.

MARGARET J. LANE v. GEORGE ACCOMANDO AND JOHN
KENNELL AND NORMA KELLER, INDIVIDUALLY AND
T/A KEN'S LANDING.

October 29, 1984.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed. (See 97 *N.J.* 630)

JUDITH M. KRAMER v. BOARD OF EDUCATION OF
THE TOWN OF BOONTON.

JUDITH M. KRAMER v. BOONTON EDUCATION ASSOCIATION
AND NEW JERSEY EDUCATION ASSOCIATION.

October 30, 1984.

It is ORDERED that the appeal from the judgment entered in this cause on July 18, 1983, by the Public Employment Relations Commission be certified directly to this Court.